UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TROY STEVEN JACQUES,

      Plaintiff,

v.                                                     Case No. 13-10338
                                                       Honorable Julian Abele Cook, Jr.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

## ORDER

This case involves a complaint by the Plaintiff, Troy Steven Jacques, who, in relying upon the authority of 42 U.S.C. § 405(g), has asked this Court to review a final decision by the Defendant, the Commissioner of the Social Security Administration ("Commissioner"). The parties thereafter filed motions for summary judgment pursuant to Federal Rule of Civil Procedure 56, both of which were forwarded by the Court to Magistrate Judge Charles E. Binder for evaluation. In a report on June 6, 2014, the Magistrate Judge recommended that Plaintiff's Motion for Summary Judgment (doc. 16) be GRANTED, that Defendant's Motion for Summary Judgment (doc. 19) be DENIED, and the decision of the Commissioner be REVERSED and the case REMANDED for further proceedings.

As of this date, neither party has expressed any objections to the Magistrate Judge's report and recommendation. The period of time for filing objections having now expired, this Court adopts the report, including the recommendations of the Magistrate Judge, in its entirety.

IT IS HEREBY ORDERED the Commissioner's motion for summary judgment (ECF No.

19) is DENIED, Jacques's motion for summary judgment (ECF No. 16) is GRANTED, (3) the decision of the Commissioner is REVERSED and (4) the case is REMANDED for further proceedings under sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

Date: August 8, 2014                         s/Julian Abele Cook, Jr.
                                             JULIAN ABELE COOK, JR.
                                             U.S. District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 8, 2014.

                                             s/ Kay Doaks
                                             Case Manager